NO. 07-01-0385-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 13, 2001

_____

IN THE MATTER OF THE MARRIAGE OF GRIFFITH LEROY LASLEY
AND JANICE ELAINE LASLEY AND IN THE INTEREST OF
HILMER ROSS LASLEY AND MEGAN ALYSE LASLEY, CHILDREN

_____

FROM THE 69TH DISTRICT COURT OF HARTLEY COUNTY;

NO. 3945H; HONORABLE RON ENNS, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

**ON JOINT MOTION TO DISMISS**

Pending before this Court is Griffith Leroy Lasley and Janice Elaine Lasley's joint motion to dismiss this appeal from their final decree of divorce. We grant the motion and dismiss the appeal.

Without passing on the merits of the case, the appeal is hereby dismissed. Tex. R. App. P. 42.1(a). Having dismissed the appeal at the request of both parties, no motion for

rehearing will be entertained and our mandate will issue forthwith.  Pursuant to the motion all costs are to be assessed against the party incurring same.


                                        Don H. Reavis
                                        Justice

Do not publish.